DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GIANCARLOS ESCORCIA,**
Appellant,

v.

**STATE OF FLORIDA,
DEPARTMENT OF REVENUE, CHILD SUPPORT PROGRAM** and
**SUZETTE ACUNA,**
Appellees.

No. 4D2025-3024

[June 18, 2026]

Appeal from the State of Florida, Department of Revenue, Child Support Program; Ann Coffin, Judge; L.T. Case Nos. 2001911234; 56240000621DR.

Giancarlos Escorcia, West Palm Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and Sarah Carmen Prieto, Assistant Attorney General, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***